**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>            Plaintiff,              )<br>                                                        )<br>                                                        )<br>     v.                                            )<br>                                                        )<br>BRIAN SANFORD HAMPTON,  )<br>                                                        )<br>            Defendants.         )<br>_____) | CASE NO. 09CR1336-JAH<br><br>**ORDER ALLOWING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES** |

FOR GOOD CAUSE APPEARING, authorization is made for the payment to Copy Connection, upon receipt of a CJA-21 voucher for cost in the amount of an additional $500.00, and authorization for **interim billing** of any future discovery materials produced by Copy Connection in regard to this case.

IT IS SO ORDERED.

DATED: August 10, 2009

_____
JOHN A. HOUSTON
United States District Judge