# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 AUG 14 AM 10:10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN SANFORD HAMPTON,<br><br>　　　　　　　　Defendant. | CASE NO. 09cr1336-JAH<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal, without prejudice;

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense as charged in the Indictment:

　　　Count 4s:  21 USC 841(a)(1) and 18 USC 2.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: August 6, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John A. Houston
　　　　　　　　　　　　　　　　　　　　U.S. District Judge